Keith Renard **HARRIS**, Petitioner—
Appellant,

v.

**DIRECTOR, VIRGINIA DEPART-
MENT OF CORRECTIONS,**
Respondent—Appellee.

No. 06–6374.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2006.

Decided: Aug. 9, 2006.

Keith Renard Harris, Appellant Pro Se.
Michael Thomas Judge, Office of the At-
torney General of Virginia, Richmond, Vir-
ginia, for Appellee.

Before GREGORY, SHEDD, and
DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Keith Renard Harris seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2254 (2000) petition. The or-
der is not appealable unless a circuit jus-
tice or judge issues a certificate of appeal-
ability. 28 U.S.C. § 2253(c)(1) (2000). A
certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Harris has not made
the requisite showing. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*